UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JOAN NAJBAR,

                    Plaintiff,                              Civil No. 09-CV-3107 (PJS/RLE)

v.                                                    ORDER FOR REASSIGNMENT
                                                        OF RELATED CASES
THE UNITED STATES,

                    Defendant.

JOAN NAJBAR,

                    Plaintiff,

v.                                                    Civil No. 09-CV-3143 (RHK/RLE)

THE UNITED STATES,

                    Defendant.

        Case No.  09-CV-3107 (PJS/RLE) having been assigned to Judge Patrick J. Schiltz and
Case No. 09-CV-3143 (RHK/RLE) having later been assigned to Judge Richard H. Kyle, said
matters being related cases,

        IT IS HEREBY ORDERED that Case No. 09-CV-3143 (RHK/RLE) be assigned to
Judge Patrick J. Schiltz, nunc pro tunc, by use of a card on the Master List of the automated case
assignment system, and the Clerk of Court is directed to void and reuse a card on the same list
pursuant to this Court's Assignment of Cases Order filed December 19, 2008.

        IT IS FINALLY ORDERED that a copy of this order shall be filed in each of the above
respective files.

Dated: November 24, 2009                    s/Patrick J. Schiltz
                                            Patrick J. Schiltz
                                            United States District Judge

Dated: November 24, 2009                     s/Richard H. Kyle
                                            Richard H. Kyle
                                            United States District Judge